**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   IO GROUP, INC,                            No. C-10-04382 DMR

12            Plaintiff,                       **ORDER SEVERING PLAINTIFF'S**
                                               **CLAIMS AGAINST DEFENDANT J.W.**
13       v.                                    **AND SETTING HEARING DATE ON**
                                               **DEFENDANT J.W.'S MOTION FOR**
14   DOES 1-435,                               **PROTECTIVE ORDER, MOTION TO**
                                               **QUASH AND/OR VACATE SUBPOENA,**
15            Defendants.                      **AND MOTION TO DISMISS**
     _____/
16

17       On September 28, 2010, Plaintiff Io Group, Inc. filed a complaint against 435 individual Doe

18   Defendants alleging copyright infringement.  *See* Docket No. 1.  On October 15, 2010, this Court

19   granted Plaintiff Io Group, Inc.'s administrative request for leave to take early discovery, and

20   granted Plaintiff leave to serve a subpoena upon Comcast Internet seeking the names and addresses

21   of subscribers assigned specific IP addresses identified in the subpoena.  *See* Docket No. 9.

22       The Court subsequently received Defendant J.W.'s Motion for Protective Order, Motion to

23   Quash and/or Vacate Subpoena, and Motion to Dismiss for Lack of Personal Jurisdiction.  *See*

24   Docket Nos. 11, 12 and 13.  As this case involves a large number of defendants, and both Plaintiff

25   and Defendant J.W. have filed signed consents to the jurisdiction of the Magistrate Judge (*see*

26   Docket Nos. 10 & 19), the Court concludes that severance of Plaintiff's claims against Defendant

27   J.W. would facilitate the orderly and efficient management of this matter.  Therefore, the Court

28

United States District Court

For the Northern District of California

1  hereby orders that the claims against Defendant J.W. be severed under Federal Rule of Civil

2  Procedure 21.

3        The Court further orders that the hearing on Defendant J.W.'s Motion for Protective Order,

4  Motion to Quash and/or Vacate Subpoena, and Motion to Dismiss for Lack of Personal Jurisdiction

5  is set for **January 27, 2011 at 11:00 a.m.**, in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay

6  Street, Oakland, California 94612.

7        The briefing schedule for the Motion for Protective Order, Motion to Quash and/or Vacate

8  Subpoena, and Motion to Dismiss for Lack of Personal Jurisdiction shall be as follows: Any

9  oppositions to the motions shall be filed by no later than **December 30, 2010.**  Any replies shall be

10  filed by no later than **January 6, 2011.**  Defendant J.W. may continue to appear as "Defendant J.W."

11  pending resolution of the motions.

12        IT IS SO ORDERED.

13

14  Dated:  December 15, 2010

15                                                          _____

16                                                          DONNA M. RYU
                                                            United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28