D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-435, individuals,<br><br>Defendants. | CASE NO. 10-4382 (DMR)<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     ///

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/15/2010                    /s/ Keith Ruoff, Vice President
                                     [Party]  Io Group, Inc.

Dated: 12/15/2010                    /s/ D. Gill Sperlein
                                     [Counsel]
                                     Plaintiff, Io Group, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: 12/15/2010                    /s/ D. Gill Sperlein