UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IO GROUP INC,

          Plaintiff,

  v.

DOES 1-435 et al,

          Defendant.

Case Number: CV10-04382 DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2010, I SERVED a true and correct copy of the Order Re Assignment of Severed Matter, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

J.W.
(Document mailed to defendant pro se's forwarding address)

Dated: December 21, 2010

                                            Richard W. Wieking, Clerk

                                            By: Ivy Garcia, Deputy Clerk